Willie WEAVER, Plaintiff—Appellant,

v.

CALIFORNIA STATE PRISON LAN-CASTER STAFF AND ADMINIS-TRATION, Defendant—Appellee.

No. 04–57008.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 13, 2006.

Willie Weaver, Crescent City, CA, pro se.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM **

California state prisoner Willie Weaver appeals pro se the district court's order denying his application to file his 42 U.S.C. § 1983 action without prepayment of the full filing fee. We have jurisdiction under 28 U.S.C. § 1291. We review the district court's decision for abuse of discretion, *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir.1990) and we affirm.

The district court did not abuse its discretion by denying Weaver's application to proceed *in forma pauperis*, as Weaver did not submit any of the statutorily required documents. *See* 28 U.S.C. § 1915(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Weaver's motion for appointment of counsel is denied.

AFFIRMED.

courts of this circuit except as provided by 9th Cir. R. 36–3.

